UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE A. DANIELS, a single person,<br><br>    Plaintiff,<br><br>   v.<br><br>MUTUAL OF OMAHA LIFE INSURANCE COMPANY, a foreign insurance company, in its capacity as administrator of a long term Disability Benefit Plan for the Pasco School District No. 1,<br><br>    Defendant. | No. CV-06-5028-FVS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  The Court, being fully advised, now therefore,

  **IT IS HEREBY ORDERED** that pursuant to the Stipulated Joint Motion for Dismissal With Prejudice filed by the parties, **Ct. Rec. 22**, and Federal Rule of Civil Procedure 41(a), the above-entitled matter is **DISMISSED WITH PREJUDICE** without attorneys' fees or costs to any party.

  **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE THE FILE.**

  **DATED** this  1st  day of February, 2007.

           s/ Fred Van Sickle
           Fred Van Sickle
         United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE- 1